UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES LASTRA,<br><br>      Plaintiff,<br><br> -against-<br><br>MILLENIUM DOWNTOWN NEW YORK HOTEL,<br><br>      Defendant. | 24 CIVIL 2603 (LTS)<br><br>**CIVIL JUDGMENT** |

 For the reasons stated in the Court's Order of Dismissal, this action is dismissed.

 The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: October 10, 2024
    New York, New York

                /s/ Laura Taylor Swain
                LAURA TAYLOR SWAIN
              Chief United States District Judge